STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-mj-70187-MAG |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER AS TO WAIVER OF TIME AND TO CONTINUE STATUS CONFERENCE REGARDING PRELIMINARY HEARING OR ARRAIGNMENT |
| v. | |
| LIBRADO NIEBLAS-CASTRO, | |
| Defendant. | |

    The United States, by and through its counsel of record, and defendant, Librado Nieblas-Castro, by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

    Whereas, defendant's status conference regarding preliminary hearing or arraignment is currently scheduled for October 28, 2021, at 1:00 p.m.

    Whereas, the Parties agree that defendant's status conference regarding preliminary hearing or arraignment should be continued from October 28, 2021, to December 9, 2021, at 1:00 p.m.

    Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) and 18 U.S.C. § 3161(b). The Parties further agree that this waiver of time is necessary for review of discovery by the defense and to discuss possible pre-indictment resolution of the case, but the Parties also agree and acknowledge that an agreement may not be reached.

1 | Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), specifically, that time be waived from October 28, 2021 to December 9, 2021, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until December 9, 2021, and that the government need not file an information or indictment until December 9, 2021.

Respectfully submitted,

DATED: October 27, 2021

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Jeffrey A. Backhus*
JEFFREY A. BACKHUS
Assistant United States Attorney

DATED: October 27, 2021

*/s/ Carleen R. Arlidge*
CARLEEN R ARLIDGE
Attorney for Defendant
Librado Nieblas-Castro

[PROPOSED] ORDER

Upon agreement and stipulation of the United States, the Parties, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from October 28, 2021, the date of defendant's detention hearing, to December 9, 2021, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until December 9, 2021, and that the government need not file an information or indictment until December 9, 2021. Additionally, the preliminary hearing or arraignment on the information or indictment should be continued from October 28, 2021, to December 9, 2021, at 1:00 p.m.

IT IS SO ORDERED.

DATED: October 27, 2021

_____
HON. ROBERT M. ILLMAN
United States Magistrate Judge

Stipulation and ~~Proposed~~ Order                    3
CR 21-mj-70187-MAG